INTERNATIONAL NORCENT TECHNOLOGY, a California Corporation, Plaintiff—Appellant,

v.

KONINKLIJKE PHILIPS ELECTRONICS, N.V., a Netherlands corporation; Philips Electronics North America Corporation, a Delaware Corporation, Defendants—Appellees.

No. 07–56871.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 15, 2009.

Filed April 22, 2009.

Bruce G. Chapman, Esquire, Joseph James Mellema, Esquire, Minda R. Schechter, Connolly Bove Lodge & Hutz, LLP, Los Angeles, CA, for Plaintiff–Appellant.

Danielle Y. Conley, Esquire, A. Stephen Hut, Esquire, A. Douglas Melamed, Esquire, Ryan Patrick Phair, Esquire, Wilmerhale LLP, Washington, DC, Robert L. Corbin, Esquire, Michael W. Fitzgerald, Esquire, Corbin & Fitzgerald LLP, Los Angeles, CA, Defendants–Appellees.

Before: KOZINSKI, Chief Judge, PREGERSON, Circuit Judge and QUIST,* District Judge.

### MEMORANDUM**

* The Honorable Gordon J. Quist, United States District Judge for the Western District of Michigan, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provid-

We review de novo the district court's order dismissing Norcent's complaint for failure to state a claim, taking the facts alleged in the complaint as true and construing them in a light favorable to plaintiff. *Les Shockley Racing, Inc. v. Nat'l Hot Rod Ass'n,* 884 F.2d 504, 507 (9th Cir.1989). Norcent did not plead facts with adequate specificity to state a claim. *See Bell Atl. Corp. v. Twombly,* 550 U.S. 544, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007); *Kendall v. Visa U.S.A., Inc.,* 518 F.3d 1042 (9th Cir.2008).

**AFFIRMED.**